UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MONTGOMERY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No. 24-cv-00557-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Montgomery et al. v. U.S. Bank, N.A., et al.*, 3:21-cv-05242-EMC.

**IT IS SO ORDERED.**

Dated: January 30, 2024

_____
RITA F. LIN
United States District Judge